# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Ward, Jr., Robert, J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Ward, Pamela, K.** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-1888** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-9329** |
| Street Address of Debtor (No. & Street, City, and State): **12500 Steamboat Springs Drive** **Mokena, IL** ZIP CODE **60448** | Street Address of Joint Debtor (No. & Street, City, and State): **12500 Steamboat Springs Drive** **Mokena, IL** ZIP CODE **60448** |
| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: **Will** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *THIS SPACE IS FOR COURT USE ONLY*
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Robert J. Ward, Jr., Pamela K. Ward** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/Karen J. Porter                              2/10/2010<br>Signature of Attorney for Debtor(s)     Date<br>**Karen J. Porter**                                    **6188626** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s):  **Robert J. Ward, Jr., Pamela K. Ward** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Robert J. Ward, Jr.**
Signature of Debtor    **Robert J. Ward, Jr.**

X **s/ Pamela K. Ward**
Signature of Joint Debtor    **Pamela K. Ward**

Telephone Number (If not represented by attorney)

**2/10/2010**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/Karen J. Porter**
Signature of Attorney for Debtor(s)

**Karen J. Porter   Bar No.  6188626**
Printed Name of Attorney for Debtor(s) / Bar No.

**Porter Law Network**
Firm Name

**230 West Monroe Suite 240**
Address

**Chicago IL 60606**

**312-372-4400**      **312-372-4160**
Telephone Number

**2/10/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re: **Robert J. Ward, Jr.   Pamela K. Ward**          Case No. _____
          Debtor(s)                                                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

In re: **Robert J. Ward, Jr.**
**Pamela K. Ward**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Robert J. Ward, Jr.**, and I, **Pamela K. Ward**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **4 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature: **s/ Robert J. Ward, Jr.**
**Robert J. Ward, Jr.**

Dated: **2/10/2010**

Signature: **s/ Pamela K. Ward**
**Pamela K. Ward**

Dated: **2/10/2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re **Robert J. Ward, Jr.   Pamela K. Ward**    , Case No. _____
Debtors

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Capital One** P. O. Box 30285 Salt Lake City, UT 84130-0285 | | | | $1,039.00 |
| **Paypal Buyer Credit** GEMB P.O. Box 981064 El Paso, TX 79998-1054 | | | | $1,330.03 |
| **Access Group** Access Group Loan Servicing P.O. Box 7450 Wilington DE 19803-7450 | | | | $288,875.00 |
| **Nelnet, Inc** P.O. Box 82561 Lincoln NE 68501 | | | | $29,857.78 |
| **American Expresss** Zwicker & Associates P.C. 80 Minuteman Road Andover, MA 01810-1008 | | | | $23,930.47 |
| **Citicards** Citi, Box 6000 The Lakes NV 89163-6000 | | | | $10,784.50 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Robert J. Ward, Jr.   Pamela K. Ward**               , Case No. _____
                              Debtors
                                                              Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Citicards**<br>**Citi, Box 6000**<br>**The Lakes**<br>**NV 89163-6000** | | | | **$10,353.64** |
| **AES**<br>**American Education Services**<br>**Harrisburg PA 17130** | | | | **$10.153.68** |
| **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19886-5102** | | | | **$7,441.18** |
| **Best Buy (HSBC)**<br>**HSBC Retail Services**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297-1298** | | | | **$6.089.80** |
| **Home Depot**<br>**Home Depot Credit Services**<br>**P.O. Box 653000**<br>**Dallas, TX 75265-3000** | | | | **$5,677.77** |
| **American Express Blue**<br>**American Express**<br>**P.O. Box 297879**<br>**Forte Lauderdale, FL 33329-7879** | | | | **$5,320.23** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Robert J. Ward, Jr.   Pamela K. Ward**, Case No. _____
Debtors
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **JcPenney**<br>JCP<br>P.O. Box 981131<br>El Paso, TX 79998-1131 | | | | $4,747.18 |
| **Dell**<br>Dell Financial Services<br>c/o DFS Customer Care Dept.<br>P.O. Box 81577<br>Austin, TX 78708-1577 | | | | $4.107.56 |
| **Chase**<br>Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | | $3,828.54 |
| **Darvin - (HSBC)**<br>HSBC<br>P.O. Box 15521<br>Wilmington, De 19850-5521 | | | | $3,265.95 |
| **Citi Mastercard**<br>Citi Mastercard<br>P. O. Box 653054<br>Dallas, Tx 75265-3054 | | | | $3,239.84 |
| **Chase**<br>Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | | $3,144.70 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Robert J. Ward, Jr.   Pamela K. Ward** ,   Case No. _____

Debtors

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Target<br>Target National Bank<br>P.O. Box 673<br>Minneapolis, MN 55440 | | | | $3,021.75 |
| Sears - Citi<br>Sears Credit Cards<br>P.O. Box 183081<br>Columbus, OH 43218-3081 | | | | $2.961.19 |
| Sears-Citi<br>Sears Credit<br>P.O. Box 183081<br>Columbus, OH 43218-3081 | | | | $2,712.47 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**Karen J. Porter   6188626**
**Porter Law Network**
**230 West Monroe**
**Suite 240**
**Chicago IL 60606**

**312-372-4400**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor: **Robert J. Ward, Jr.**
Social Security Number: **xxx-xx-1888**

Joint Debtor: **Pamela K. Ward**
Social Security Number: **xxx-xx-9329**

Case No:

Chapter **11**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Access Group**<br>**Access Group Loan Servicing**<br>**P.O. Box 7450**<br>**Wilington DE 19803-7450** | **Unsecured Claims** | $ 288,875.00 |
| 2. **AES**<br>**American Education Services**<br>**Harrisburg PA 17130** | **Unsecured Claims** | $ 10,153.68 |
| 3. **American Express Blue**<br>**American Express**<br>**P.O. Box 297879**<br>**Forte Lauderdale, FL 33329-7879** | **Unsecured Claims** | $ 5,320.23 |
| 4. **American Expresss**<br>**Zwicker & Associates P.C.**<br>**80 Minuteman Road**<br>**Andover, MA 01810-1008** | **Unsecured Claims** | $ 23,930.47 |
| 5. **Chase**<br>**Cardmember Service**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | **Unsecured Claims** | $ 3,144.70 |

In re: **Robert J. Ward, Jr.**  
**Pamela K. Ward**

Case No. _____

| # | Creditor | Claim Type | Amount |
|---|----------|------------|--------|
| 6. | **AT&T Univ Card**<br>**Citi**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | Unsecured Claims | $ 1,768.39 |
| 7. | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19886-5102** | Unsecured Claims | $ 7,441.18 |
| 8. | **Best Buy (HSBC)**<br>**Reward Zone Program Mastercard**<br>**P. O. Box 80045**<br>**Salinas, CA 93912-0045** | Unsecured Claims | $ 849.85 |
| 9. | **Best Buy (HSBC)**<br>**HSBC Retail Services**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297-1298** | Unsecured Claims | $ 6,089.80 |
| 10. | **Capital One**<br>**P. O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | Unsecured Claims | $ 1,039.00 |
| 11. | **Chase**<br>**Cardmember Service**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | Unsecured Claims | $ 3,828.54 |
| 12. | **Chrysler Financial**<br>**Payment Processing Center**<br>**P.O. Box 3208**<br>**Milwaukee, WI 53201-3208** | Secured Claims | $ 25,000.00 |
| 13. | **Citi Mastercard**<br>**Citi Mastercard**<br>**P. O. Box 653054**<br>**Dallas, Tx 75265-3054** | Unsecured Claims | $ 3,239.84 |
| 14. | **Citicards**<br>**Citi, Box 6000**<br>**The Lakes**<br>**NV 89163-6000** | Unsecured Claims | $ 10,353.64 |

Numbered Listing of Creditors - Page 2

In re:  **Robert J. Ward, Jr.**  
**Pamela K. Ward**                                                                                    Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Citicards**<br>**Citi, Box 6000**<br>**The Lakes**<br>**NV 89163-6000** | **Unsecured Claims** | **$ 10,784.50** |
| 16. | **Darvin - (HSBC)**<br>**HSBC**<br>**P.O. Box 15521**<br>**Wilmington, De 19850-5521** | **Unsecured Claims** | **$ 3,265.95** |
| 17. | **Dell**<br>**Dell Financial Services**<br>**c/o DFS Customer Care Dept.**<br>**P.O. Box 81577**<br>**Austin, TX 78708-1577** | **Unsecured Claims** | **$ 4,107.56** |
| 18. | **EMC Mortgage**<br>**P.O Box 141358**<br>**Irving, Texas** | **Secured Claims** | **$ 333,000.00** |
| 19. | **Home Depot**<br>**Home Depot Credit Services**<br>**P.O. Box 653000**<br>**Dallas, TX 75265-3000** | **Unsecured Claims** | **$ 5,677.77** |
| 20. | **JcPenney**<br>**JCP**<br>**P.O. Box 981131**<br>**El Paso, TX 79998-1131** | **Unsecured Claims** | **$ 4,747.18** |
| 21. | **Kohl's**<br>**Kohl's**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201-2983** | **Unsecured Claims** | **$ 1,013.71** |
| 22. | **Nelnet, Inc**<br>**P.O. Box 82561**<br>**Lincoln NE 68501** | **Unsecured Claims** | **$ 29,857.78** |
| 23. | **Paypal Buyer Credit**<br>**GEMB**<br>**P.O. Box 981064**<br>**El Paso, TX 79998-1054** | **Unsecured Claims** | **$ 1,330.03** |

In re: **Robert J. Ward, Jr.**  Case No. _____
**Pamela K. Ward**

| | | | |
|---|---|---|---|
| **24.** | **Sears - Citi**<br>**Sears Credit Cards**<br>**P.O. Box 183081**<br>**Columbus, OH 43218-3081** | **Unsecured Claims** | **$ 2,961.19** |
| **25.** | **Sears-Citi**<br>**Sears Credit**<br>**P.O. Box 183081**<br>**Columbus, OH 43218-3081** | **Unsecured Claims** | **$ 2,712.47** |
| **26.** | **Target**<br>**Target National Bank**<br>**P.O. Box 673**<br>**Minneapolis, MN 55440** | **Unsecured Claims** | **$ 3,021.75** |
| **27.** | **Target**<br>**Target National Bank**<br>**P.O. Box 673**<br>**Minneapolis, Mn 55440** | **Unsecured Claims** | **$ 550.64** |

In re:   **Robert J. Ward, Jr.**　　　　　　　　　　　　　　　　　　　Case No. _____
**Pamela K. Ward**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Robert J. Ward, Jr.**, and I, **Pamela K. Ward**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **4 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

　　　Signature:   **s/ Robert J. Ward, Jr.**
　　　　　　　　　**Robert J. Ward, Jr.**

　　　Dated:      **2/10/2010**

　　　Signature:   **s/ Pamela K. Ward**
　　　　　　　　　**Pamela K. Ward**

　　　Dated:      **2/10/2010**

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Robert J. Ward, Jr.**   **Pamela K. Ward**   Case No. _____

Debtors   Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 6,039.00 |
   | Prior to the filing of this statement I have received | $ 300.00 |
   | Balance Due | $ 5,739.00 |

2. The source of compensation paid to me was:

   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **The final compensation will be the amount awarded by the court after the presentations.
   The Debtor will file an application to pay the filing fee in installments. The intial installment of $300.00 will be paid with the filing of the petition**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **2/10/2010**

**/s/Karen J. Porter**
**Karen J. Porter, Bar No. 6188626**

**Porter Law Network**
Attorney for Debtor(s)